IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERSKINE J. WARE,
    Petitioner,

vs.                                       Case No.  3:12cv524/LAC/EMT

MICHAEL D. CREWS,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 20, 2013 (doc. 18).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus (doc. 1) is **DENIED**.

3.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 11th day of July,  2013.

                                            s/*L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**